**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-1008**

---

YOUSIF KARAMALLA,

Petitioner,

versus

JOHN ASHCROFT, Attorney General,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A74-257-847)

---

Submitted:  August 5, 2003          Decided:  October 22, 2003

---

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Yousif Karamalla, Petitioner Pro Se.  David V. Bernal, Allen Warren
Hausman, Papu Sandhu, Russell John-Edward Verby, Daniel Eric
Goldman, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for
Respondent.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Yousef Karamalla, a native and citizen of Sudan, seeks review of the decision of the Board of Immigration Appeals ("Board") denying his application for asylum, withholding of deportation and voluntary departure. We have reviewed the administrative record, the Board's order and the IJ's decision and find substantial evidence supports the Board's conclusion that Karamalla failed to establish a well-founded fear of persecution necessary to qualify for relief from deportation. See 8 C.F.R. § 208.13(b) (2003). We conclude the record supports the Board's conclusion that Karamalla failed to establish his eligibility for asylum.

The standard for receiving withholding of deportation is "more stringent than that for asylum eligibility." Chen v. INS, 195 F.3d 198, 205 (4th Cir. 1999). An applicant for withholding must demonstrate a clear probability of persecution. INS v. Cardoza-Fonseca, 480 U.S. 421, 430 (1987). As Karamalla failed to establish refugee status, he cannot satisfy the higher standard for withholding of deportation.

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal arguments are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED